JOHN E. MAYHEW, Respondent, *v.* AUGUST BELMONT HOTEL COMPANY, Appellant.

*Mayhew* v. *August Belmont Hotel Co.*, 154 App. Div. 892, affirmed.
(Argued March 3, 1915; decided March 23, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant.

*Theodore H. Lord* and *Lyman A. Spalding* for appellant.

*George W. Glaze* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN and CARDOZO, JJ. Not sitting: MILLER, J.